IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HAROLD HILL | ) | |
| | ) | |
| Plaintiffs, | ) | 06 C 6772 |
| | ) | |
| v. | ) | Judge Amy J. St. Eve |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Magistrate Judge |
| | ) | Martin C. Ashman |
| Defendants. | ) | |

**DEFENDANT MIKE ROGERS'
MOTION FOR SUMMARY JUDGMENT**

Defendant Mike Rogers, by his attorneys, PATRICK T. DRISCOLL, JR., Deputy State's Attorney, and LOUIS R. HEGEMAN, MAUREEN O. HANNON, AND THOMAS CARGIE, Assistant State's Attorneys, and pursuant to Federal Rule of Civil Procedure 56(b) submits his Motion for Summary Judgment, and in support hereof states the following:

1. Defendant Mike Rogers, an Assistant State's Attorney assigned to the felony review unit, who was called to review and evaluate evidence for the purpose of authorizing charges against the plaintiff following his arrest by the police, brings this motion for summary adjudication under FRCP 56(b) because the record in this case unequivocally demonstrates that Plaintiff's allegations under 42 U.S.C. §1983 fail both as a matter of fact and of law, and also fall under several immunities.

2. The Record shows that all of the material events regarding Plaintiff's limited contact with the defendant Mike Rogers pertain to his actions an advocate and prosecutor for the State of Illinois and thus all of the actions taken by Mike Rogers *vis a vis* the Plaintiff are shielded by the absolute immunity afforded a prosecutor as articulated in *Imbler*

*v.Pachman*, 424 U.S. 409, 431 (1976). Based on the foregoing, Defendant Rogers requests judgment in his favor as to all Counts I through XI.

3. Qualified immunity applies to all counts of the amended complaint against Mike Rogers. Qualified immunity protects public officials who perform discretionary functions from liability and even from suit for actions that do not violate clearly established constitutional law. *Harlow v. Fitzgerald*, 457 U.S. 800, 818, 102 S. Ct. 2727 (1982).

4. Plaintiff has voluntarily dismissed Counts III, V, and IX.

5. The statute of limitations bars Count II (False Imprisonment), and Count XI (Conditions of Confinement).

6. The Record shows that Plaintiff has failed to state a cause of action against the Defendant for the remaining counts: Count I (Due Process violation for a right to a fair trial) Count IV (5th Amendment Coerced Confession), Count VI (Equal Protection), Count VIII Conspiracy to Deprive Constitutional Rights), Count X (Failure to Intervene).

7. Moreover, the facts presented in the Record are fatal to Plaintiff's theory based on a §1983 constitutional tort, because there is no causal connection to any resulting injury to Plaintiff of any kind based on the conduct by the defendant Mike Rogers.

8. Finally, to the extent the Plaintiff is attempting to re-litigate the issue of his coerced confession that was raised and denied following a hearing at the motion to suppress, he his barred by the doctrine of collateral estoppel.

**WHEREFORE**, on the basis of the above, as well as set forth in Defendant Michael Rogers' Memorandum of Law in Support of his Motion for Summary Judgment, submitted together herewith, Michael Rogers respectfully requests that this Court enter Summary Judgment

in his favor and against Plaintiff Harold Hill pursuant to Federal Rule of Civil Procedure 56, and in addition that it grant such further relief as the Court may deem necessary and appropriate.

                                                  Respectfully submitted,

                                                  RICHARD A. DEVINE
                                                  State's Attorney of Cook County

By:    /s/ Maureen O. Hannon
        ARDC # 6206983
        Maureen O'Donoghue Hannon
        Assistant State's Attorney
        500 Richard J. Daley Center
        Chicago, IL 60602
        312/603-4370

Patrick T. Driscoll, Jr.
Deputy State's Attorney
Chief, Civil Actions Bureau

Louis R. Hegeman
Supervisor, Special Projects & Assignments
Maureen O. Hannon
Thomas Cargie
Assistant State's Attorneys
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-4370

## CERTIFICATE OF SERVICE

     I, Maureen O. Hannon, Assistant State's Attorney, certify that I electronically filed the above Response with the Clerk of the Court and caused to be served upon the above listed individuals via the CM/ECF system on September 4, 2008.

                                                /s/ Maureen O. Hannon