# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Harold Hill, et al.

                              Plaintiff,

v.                                          Case No.: 1:06–cv–06772
                                            Honorable Amy J. St. Eve

City Of Chicago, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 18, 2011:

     MINUTE entry before Honorable Amy J. St. Eve: Final pretrial conference and jury instruction conference held on 8/18/11. Status hearing set for 9/1/11 at 11:30 a.m. Plaintiff's revised compensatory damages jury instruction is due on 8/19/11. Defendants' response is due on 8/24/11. Parties should contact the courtroom deputy on 8/19/11 to inform the court whether or not the parties would like the case referred for a settlement conference. Deposition designations should be exchanged by 8/24/11 with any objections filed by 8/31/11. Revised witness lists should be filed by 9/6/11. Pre–marked exhibits should be exchanged and delivered to the court by 9/6/11. Demonstrative exhibits should be exchanged by 9/6/11 with any objections filed by 9/8/11. By 9/7/11, plaintiff should send a letter to the defendants, with a courtesy copy to the court, indicating their first witnesses. Plaintiff should email the court's law clerk final jury instructions and the proposed verdict forms by 9/9/11. Parties to notify the Court of settlement by 3:00 PM on 9/9/11 or the Court will assess jury costs pursuant to Local Rule 54.2. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.