**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| HAROLD HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 06 C 6772 |
| | ) | |
| CITY OF CHICAGO, et al., | ) | JUDGE ST. EVE |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**PLAINTIFF'S PROPOSED JURY INSTRUCTION No. 11**

Plaintiff Harold Hill, by counsel, respectfully submits his Proposed Jury Instruction No. 11, as follows:

**Fifth Amendment—Adverse Inference**

When asked certain questions while testifying in this case, Defendant [NAME] asserted his Fifth Amendment privilege in response. A witness may only assert the Fifth Amendment privilege when he has a good faith basis to believe that a truthful answer would incriminate him. You are instructed that, in this civil case, you may draw an adverse inference as to liability based upon Mr. [NAME]'s silence, via the assertion of the Fifth Amendment, when asked these questions.

**Plaintiff's Proposed Jury Instruction No. 11**

_____ Given
_____ Rejected
_____ Withdrawn
_____ Objected to

Source: *Baxter v. Palmigiano*, 425 U.S. 308 (1975); *Nat'l Acceptance Co. of Am. v. Bathalter,* 705 F.2d 924, 929 (7th Cir. 2001); *Evans v. City of Chicago*, 513 F.3d 735, 741 (7th Cir. 2008).

RESPECTFULLY SUBMITTED:

s/ Pier Petersen
Attorneys for Harold Hill

Arthur Loevy
Jon Loevy
Michael Kanovitz
Russell Ainsworth
Pier Petersen
Katie Hill
LOEVY & LOEVY
312 North May Street
Suite 100
Chicago, IL 60607
(312) 243-5900.

## CERTIFICATE OF SERVICE

I, Pier Petersen, an attorney, an attorney, certify that on August 31, 2011, I filed the above Proposed Jury Instruction with the Clerk of Court via the CM/ECF system, which sent notice thereof to all counsel of record.

s/ Pier Petersen