IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| HAROLD HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Judge St. Eve |
| CITY OF CHICAGO, et al. ) | |
| ) | |
| Defendants. ) | Case No. 06 C 6772 |
| ) | |

**STIPULATION TO VOLUNTARILY DISMISS ALL CLAIMS
AGAINST DEFENDANT CORDELIA COPPLESON WITH PREJUDICE**

It is hereby agreed and stipulated by and between the parties to this action, through their respective attorneys, that Plaintiff hereby voluntarily dismisses all claims against Defendant Cordelia Coppleson, as personal representative of the Estate of Mike Rogers, with prejudice, and that the parties shall each bear their own respective fees and costs with respect to claims against this Defendant. Plaintiff's Complaint remains pending as to all other defendants.

STIPULATED and AGREED TO by:

| | |
|---|---|
| s/Russell Ainsworth | /s/ James C. Pullos |
| Counsel for Plaintiff | Counsel for Defendant |
| | |
| Russell Ainsworth | James C. Pullos |
| LOEVY & LOEVY | Assistant State's Attorney |
| 312 N. May St., Suite 100 | 500 Richard J. Daley Center |
| Chicago, IL 60607 | Chicago, IL 60602 |

**CERTIFICATE OF SERVICE**

I, Russell Ainsworth, an attorney, certify that on September 2, 2011, I delivered by electronic means a copy of the attached Notice of Dismissal to all counsel of record.

s/Russell Ainsworth