UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division

Harold Hill, et al.
                          Plaintiff,

v.                                                   Case No.: 1:06–cv–06772
                                                                  Honorable Amy J. St. Eve

City Of Chicago, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 6, 2011:

      MINUTE entry before Honorable Amy J. St. Eve: The parties have informed the Court that they have settled the case, contingent on final approval by the Chicago City Council. Accordingly, the Court hereby strikes the 9/12/11 trial date, denies all pending motions and deadlines as moot, and strikes the outstanding Writs of Habeas Corpus Ad Testificandum. The case is hereby dismissed without prejudice with leave to reinstate on or before 11/3/11. After 11/3/11, the case will be dismissed with prejudice. Status hearing remains set for 9/8/11 at 9:30 a.m. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.