**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HAROLD HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06 C 6772 |
| | ) | |
| CITY OF CHICAGO, Present and Former | ) | JUDGE ST. EVE |
| Chicago Police Officers KENNETH BOUDREAU, | ) | |
| JOHN HALLORAN, JAMES O'BRIEN, | ) | |
| JON BURGE, ANDREW CHRISTOPHERSON, | ) | |
| DANIEL McWEENY, MICHAEL KILL, | ) | |
| WILLIAM MOSER, JOHN PALADINO, | ) | |
| MICHAEL PORCHORDO, DANIEL | ) | |
| BRANNIGAN, Assistant State's Attorney MIKE | ) | |
| ROGERS, and other AS-YET-UNKNOWN | ) | |
| CHICAGO POLICE OFFICERS, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL AGREED ORDER OF DISMISSAL**

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff, Harold Hill, by one of his attorneys, Russell Ainsworth, Loevy & Loevy, and Defendants, City of Chicago, by its attorney, Stephen R. Patton, Corporation Counsel of the City of Chicago, and Kenneth Boudreau and John Halloran, by one of their attorneys, Joseph M. Polick, Special Litigation Counsel, and the parties having entered into a Release and Settlement Agreement and a Stipulation to Dismiss, and the Chicago City Council having enacted an ordinance authorizing the settlement agreement and payment of the funds agreed upon in the Release and Settlement Agreement, and the Court being advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of Plaintiff, Harold Hill, against Defendants, City of Chicago, Kenneth Boudreau, and John Halloran, are dismissed with prejudice, without leave to reinstate, and with costs and attorneys' fees to be paid by the City of Chicago in the amount specified in paragraph 5 of the Release and Settlement Agreement, in accordance with the terms of the Release and Settlement Agreement.

ENTER: _____
The Honorable Amy J. St. Eve
United States District Judge

DATED:  October 14, 2011

Joseph M. Polick
Special Litigation Counsel
30 North LaSalle Street - Suite 900
Chicago, Illinois  60602
(312) 744-8335
Attorney No. 06203682